UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIA SANCHEZ,**

      **Plaintiff,**

v.                                                                                         **Case No: 6:14-cv-1993-Orl-41KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                                                                    /

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation ("R&R," Doc. 6), recommending that this case be dismissed without prejudice. No objections have been filed, and the time to do so has lapsed.

As explained in the R&R, Plaintiff is attempting to proceed pro se on behalf of her minor child, which is not permitted in this Circuit. (R&R at 1–2). Plaintiff was previously informed of this fact and was ordered to obtain counsel for the minor child on or before January 5, 2015. (*Id.*). As of the date of this Order, Plaintiff has not only failed to obtain counsel, she has acted in direct contradiction of the previous Order by continuing to file documents on behalf of the minor child. (*See* Notice of Pendency of Other Actions, Doc. 7, filed on February 10, 2015).

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. This case is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2015.



Copies furnished to:

Counsel of Record
Unrepresented Party